**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 20-cv-01679-CMA-STV

ASPHALT COATINGS COMPANY, INC.,

    Plaintiff,

v.

GOODFELLOW CORPORATION.,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING SEPTEMBER 25, 2020 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on September 25, 2020 (Doc. # 21).  The Magistrate Judge recommends that the Order to Show Cause (Doc. #20) be made absolute and the claims against Defendant Goodfellow Corporation be dismissed without prejudice due to Plaintiff's failure to file an affidavit of service or show cause as to why the deadline to effect service should be extended.  (*See* Order to Show Cause Doc. # 20).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 21 at 2.)   Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's

factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

Applying this standard, the Court finds that the Magistrate Judge's recommendation is correct and should be accepted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge (Doc. # 21) is ACCEPTED. It is

FURTHER ORDERED that the Magistrate Judge's Order to Show Cause (Doc. #20) is made ABSOLUTE. It is

FURTHER ORDERED that the claims against Defendant Goodfellow Corporation are DIMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to CLOSE this case.


DATED: October 22, 2020

                BY THE COURT

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge